**DAVID E. PRANGE**, OSB No. 873281
dprange@prangelawgroup.com
**NICHOLAS A. NARDI,** OSB No. 984212
nnardi@prangelawgroup.com
**ALEX WILLIAMSON**, OSB No. 081331
awilliamson@prangelawgroup.com
PRANGE LAW GROUP, LLC
111 SW Fifth Avenue, Ste. 2120
Portland, Oregon  97204
Telephone:  (503) 595-8199
Facsimile:  (503) 595-8190

Attorneys for Plaintiffs,
Valley Forge Insurance Company and
Transportation Insurance Company

### UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| VALLEY FORGE INSURANCE COMPANY, a Pennsylvania corporation; and TRANSPORTATION INSURANCE COMPANY, an Illinois corporation,<br><br>          Plaintiffs,<br>     v.<br><br>SECURITY NATIONAL INSURANCE COMPANY, a Texas corporation.<br><br>          Defendant. | Civil Action No. 3:10-cv-00409-KI<br><br>**ORDER OF DISMISSAL** |

   This matter comes before the Court on Plaintiff's Unopposed Motion to Dismiss.  In light of the settlement among the parties, Plaintiff's Motion is hereby GRANTED.  This matter is hereby DISMISSED WITH PREJUDICE, with each party to bear its own fees and costs.

   Dated this   7th   day of September, 2010.

                                        /s/ Garr M. King                   
                                       United States District Court Judge

Page 1 – **ORDER OF DISMISSAL**

Prange Law Group, LLC
2120 US Bancorp Tower
111 SW 5th Avenue
Portland, Oregon 97204
(503) 595-8199

Submitted By: PRANGE LAW GROUP, LLC

/s/ Alexander J. Williamson
**DAVID E. PRANGE**, OSB No. 873281
dprange@prangelawgroup.com
**NICHOLAS A. NARDI,** OSB No. 984212
nnardi@prangelawgroup.com
**ALEX WILLIAMSON**, OSB No. 081331
awilliamson@prangelawgroup.com
Trial Attorney: David E. Prange
PRANGE LAW GROUP, LLC
111 SW Fifth Avenue, Ste. 2120
Portland, Oregon  97204
Telephone:  (503) 595-8199
Facsimile:   (503) 595-8190

Attorneys for Plaintiffs,
Valley Forge Insurance Company and
Transportation Insurance Company

Page 2 – **ORDER OF DISMISSAL**

Prange Law Group, LLC
2120 US Bancorp Tower
111 SW 5th Avenue
Portland, Oregon 97204
(503) 595-8199